UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEEPER'S OF AUBURN, INC.,                          Case no. 10-13682

              Plaintiff,                      HONORABLE JOHN CORBETT O'MEARA

v.

KWJB ENTERPRISE, L.L.C., *et al.*,

              Defendants.
_____/


ORDER ADOPTING REPORT AND RECOMMENDATION


        This matter is before the court on Magistrate Judge Michael Hluchaniuk's March 16,

2011 Report and Recommendation.  No objections have been filed.  The court being fully

advised in the premises;

        IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED as the

findings and conclusions of this court.

        IT IS FURTHER ORDERED that Plaintiff's December 15, 2010 Motion to Strike

Defendants' Affirmative Defenses is DENIED.



                                   s/John Corbett O'Meara

                                   United States District Judge


Date:  May 19, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 19, 2011, using the ECF system.


s/William Barkholz
Case Manager